# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DIGITECH COMPUTER, INC.

VERSUS

CITY OF BATON ROUGE AND
PARISH OF EAST BATON ROUGE

NO.   2023 CW 0018

**JANUARY 12, 2023**

---

In Re:   City of Baton Rouge/Parish of East Baton Rouge,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 657701.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED; MOTION TO STAY PROCEEDINGS DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT